### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SENTINEL MANAGEMENT GROUP, INC., | ) | Case No. 07-14987 |
| | ) | |
| Debtor. | ) | |

### ORDER (A) AUTHORIZING THE ESTATE TO USE CASH COLLATERAL TO SATISFY PAYROLL AND OTHER OBLIGATIONS AND (B) SETTING FINAL HEARING

Upon the motion (the "**Motion**")[1] of the debtor and debtor-in-possession (the "**Debtor**") in the above-captioned chapter 11 case (the "**Case**"), for entry of an Order (a) authorizing the Estate to use cash collateral to satisfy payroll and other obligations of the Estate and (b) setting a final hearing; it appearing that the Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 1334; it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); due and adequate notice of the Motion having been given; it appearing that no other or further notice need be given; this Court having determined that granting the relief requested in the Motion is in the best interests of the Estate and its creditors; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.  The Motion is granted.

2.  The Estate is permitted to use Cash Collateral from Account Number 8900327979 located at The Bank of New York to pay payroll, rent, utilities and insurance expenses in an amount up to $97,500.00, as Frederick Grede, the chapter 11 trustee in the above-captioned case (the "Chapter 11 Trustee"), shall determine in his sole discretion.

---

[1] All capitalized terms used herein but not defined herein shall have the meanings given them in the Motion.

1033564v2 8/30/2007 8:49:56 AM                                                                 6258.001

3. The Bank of New York shall transfer the Cash Collateral authorized herein at the direction of the Estate.

4. Pursuant to Sections 361(2) and 363(e) of the Bankruptcy Code, to the extent of any decrease in the value of The Bank of New York's asserted interests in property of the Estate as a result of the use of Cash Collateral as authorized by this Order, The Bank of New York is hereby granted a replacement lien in all property of the estate (other than causes of action under Chapter 5 of the Bankruptcy Code). Such replacement lien shall have the same validity and priority as The Bank of New York's asserted lien in the Cash Collateral but shall otherwise be subject to any other valid and enforceable third party liens and interests in such property as of the filing date of this case.

5. The Chapter 11 Trustee and The Bank of New York reserve all of their respective rights, claims and defenses under contractual or other arrangements concerning the extent, validity and priority of the asserted claims and interests of The Bank of New York, or otherwise relating to the Debtor and as related to the Motion.

6. The ~~final~~ continued hearing shall be held on September ??, 2007, at _____

7. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: AUG 3 0 2007

_____
United States Bankruptcy Judge

-2-

| Expenses | |
|---|---|
| Vendor | Amount |
| Ceridian | 65,000.00 |
| *Theresa C. Arana* | 6,591.67 |
| ~~*Eric A. Bloom*~~ | ~~8,333.34~~ |
| ~~*Philip M. Bloom*~~ | ~~3,125.00~~ |
| *John M. Keel (Matt)* | 5,000.00 |
| *Steven L. Stitle* | 6,250.00 |
| *George A. Gargano* | 5,625.00 |
| **Oury Clark (law firm handles payroll -final)** | 16,000.00 |
| **Blue Cross Blue Shield** | 8,122.70 |
| **ECC Partners LLC - Rent** | 7,344.94 |
| **Guardian - Dental Ins.** | 840.31 |
| **Total** | **97,307.95** |

| Utilities | | | |
|---|---|---|---|
| Vendor | Amount | Date | Notes |
| BT | 119.35 | | |
| Comcast | 156.33 | | was Adelphia |
| ComEd | 1,013.87 | | |
| MCI | 329.74 | | aka Verizon |
| MCI | 19.03 | | |
| TDS Metrocom | 1,163.90 | | |
| T-Mobile | 2,175.95 | | |
| Wave2Wave-Chicago Inc. | 518.66 | | |
| XO Communications | 13.14 | | |
| AT&T (847 272-1322 003 2) | 51.07 | | |
| AT&T (312 Z89-7948 395 0) | 628.87 | | |
| Bell South | 107.90 | | |
| Cingular Wireless | 0.00 | | now T-Mobile |
| T-Mobile (pre-petition) | 1,200.00 | 07/25/07-08/24/07 | Cell phone service |
| Comed (pre-petition) | 34.85 | 07/19/07-08/20/07 | |
| | **7,532.66** | | |