**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Honorable: JOHN H. SQUIRES

Hearing Date: 9/20/07

Bankruptcy Case No.: 07-14987

Adversary No.:

Title of Case: Sentinel Management Group Inc.

Brief Statement of Motion: Motion To Use Cash Collateral

Names and Addresses of moving counsel:

Representing:

## ORDER

The Interim order entered on 8/28/07 approving use of cash collateral is approved on a final basis.

/s/ John H. Squires

6/11/99