## U.S. Trustee Quarterly Fee Statement

Pursuant to Fed. R. Bankr. P. 2015(a)(5)

| Case Name: | Sentinel Management Group, Inc. | | Case No: | 07-14987 |
|---|---|---|---|---|

For Calendar Quarter Ending                    December 31, 2020

**Disbursements***

| 1. | Month | | **Disbursements** | |
|---|---|---|---|---|
| | October 2020 | $ | | 133,507.87 |
| | November 2020 | $ | | 63,286.32 |
| | December 2020 | $ | | 37,629.36 |
| | **Total Disbursements for Quarter** | $ | | **234,423.55** |
| 2. | Quarterly Fee Owed Pursuant To 28 U.S.C. Sec. 1930(A)(6) | $ | | 1,950.00 |
| 3. | Quarterly Fee Paid (Attach proof of payment) | $ | | 1,950.00 |
| 4. | Amount of Unpaid Fees (if any) | $ | | - |

I, Frederick J. Grede, acting as the duly authorized agent for the Debtor in Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

1/14/2021
Dated

For the Debtor In Possession (Trustee) (Plan Administrator)

Frederick J. Grede
Name

Liquidation Trustee
Capacity

* For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements

Exhibit "D"