# In the United States Bankruptcy Court
## For The Northern District of Illinois
### Eastern Division

Case Name: __Sentinel Management Group, Inc.__   Case No: __07-14987__

**U.S. Trustee Quarterly Report on Status of Plan Payments**
For Calendar Quarter Ending __December 31, 2020__

1. Were any payments required to be made under the plan this past calendar quarter?   Yes __X__   No ____

2. If yes, were all required payments made?   Yes __X__   No ____

3. If not, on a separate schedule, state the name, address and telephone number of each unpaid creditor, the amount due and the reason payment was not made.

I, Frederick J. Grede, acting as the duly authorized agent under the confirmed plan declare under penalty of perjury under the laws of the United States that I have read and certify that the information listed in this U.S. Trustee Quarterly Report on Status of Plan Payments is true and correct as of the date of this report to the best of my knowledge, information and belief.

__1/14/2021__
Dated

*[signature]*
For the Debtor In Possession (Trustee) (Plan Administrator)

Frederick J. Grede
**Name**

Liquidation Trustee
**Capacity**

Exhibit "E"