# U.S. Trustee Quarterly Fee Statement

**Pursuant to Fed. R. Bankr. P. 2015(a)(5)**

**Case Name:** Sentinel Management Group, Inc.    **Case No:** 07-14987

For Calendar Quarter Ending    December 31, 2021

**Disbursements***

1. 

| Month | Disbursements |
|---|---|
| October 2021 | $ 0.00 |
| November 2021 | $ 0.00 |
| December 2021 | $ 0.00 |
| **Total Disbursements for Quarter** | **$ 0.00** |

2. Quarterly Fee Owed Pursuant To    $ 250.00
   28 U.S.C. Sec. 1930(A)(6)

3. Quarterly Fee Paid    $ 0.00
   (Attach proof of payment)

4. Amount of Unpaid Fees (if any)    $ 250.00

I, Frederick J. Grede, acting as the duly authorized agent for the Debtor in Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

03/07/2022
**Dated**    *[signature]*
**For the Debtor In Possession (Trustee) (Plan Administrator)**

Frederick J. Grede
**Name**

Liquidation Trustee
**Capacity**

* For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements. The fees on any disbursements made during this time period were previously paid by the Trustee when he paid the fees for the entirety of the final distribution set forth in the Trustee's Quarterly Trust Statement at Dkt. 1844.

Exhibit "D"